IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRISCILLA ELLIS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-395-K (BT) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed a Motion to Appeal ECF 14 document 15, which could be construed as objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

In the event Petitioner is appealing the ruling of the United States Magistrate Judge regarding her motion Emergency Motion to Stop SAM (Special Administrative Measures) Order, the appeal is DENIED and the Court AFFIRMS the ruling of the United States Magistrate Judge.

SO ORDERED.

Signed July 9th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE